IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

MCF AF, LLC AND
MCS CAPITAL, LLC                                                                                  PLAINTIFFS

                                                                                    3:16 cv 722 DPJ-FKB

V.                                                                CIVIL ACTION NO. 3:13cv00621-DPJ-FKB

EDUARDO A. FLECHAS,
FLECHAS & ASSOCIATES, P.A.,
THE FLECHAS LAW FIRM, PLLC                                                                        DEFENDANTS

                                              SOUTHERN DISTRICT OF MISSISSIPPI
                                              FILED
                                              SEP 14 2016
                                              ARTHUR JOHNSTON
                                              BY _____ DEPUTY

CONSOLIDATED WITH

RMC/CMG PORTFOLIO HOLDING, LLC
as assignee of CAMBRIDGE MANAGEMENT GROUP, LLC                                                    PLAINTIFF

V.                                                                CIVIL ACTION NO. 3:13cv636-DPJ-FKB

EDUARDO FLECHAS, FLECHAS & ASSOCIATES, P.A.,
DAVION NORTON, PETRA CHESS
and KEN'DRIANA GIBBS                                                                              DEFENDANTS

ORDER SEVERING CONTEMPT JUDGMENT

On October 19, 2015, the Court entered an Agreed Judgment of Contempt [155] in this action. To minimize confusion and retain jurisdiction over the ongoing contempt judgment, the Court finds that the contempt judgment should be severed from the underlying dispute. The Clerk is directed to open a new civil action with this Order and the Agreed Judgment of Contempt [155]. The new civil action should also be assigned to District Judge Daniel P. Jordan III and Magistrate Judge F. Keith Ball.

The following documents should be copied to the new civil action, retaining their restricted status where applicable: Order [293] (restricted); Order [294] (restricted); Motion for Release of Funds [306]; Motion [308] (restricted); Response [311] (restricted); and Motion to Seal [313].

The following documents presented for *in camera inspection* should also be copied and should retain their *in camera* status: First Accounting [278]; Second Accounting [280]; and Third Accounting [307].

The requirements imposed by the Agreed Judgment of Contempt [155] and subsequent Orders [293, 294] remain in effect.

Future docketing relating to the contempt should be docketed in the new civil action.

**SO ORDERED AND ADJUDGED** this the 14th day of September, 2016.

*s/ Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE