UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

MCF AF, LLC AND MCS CAPITAL, LLC                                    PLAINTIFFS

V.                                              CIVIL ACTION NO. 3:16-CV-722-DPJ-FKB

EDUARDO A. FLECHAS, ET AL.                                          DEFENDANTS

ORDER

Eduardo Flechas asks the Court to modify its prior order of confinement to allow him to travel to Greenville, Mississippi, on September 16, 2017, and to remain there until September 22, 2017, to conduct a civil trial. The request [41] is granted as follows:

- Flechas's court-ordered home confinement is lifted from September 16, 2017 to September 22, 2017, for the limited purpose of attending a civil trial in Greenville, Mississippi. If the trial is continued or concludes before September 22, 2017, the home confinement order is automatically reinstated. If the trial extends beyond September 22, 2017, Flechas must move for a further extension.

- Flechas's intermittent incarceration at Madison County Detention Center set to occur September 15, 2017–September 17, 2017 is suspended. He is not required to report those dates. Instead, he will make-up this weekend by submitting to incarceration the weekend of October 6-8, 2017. The detention order otherwise remains intact.

- Flechas is directed to provide a copy of this order to the United States Marshal Service and the Madison County Detention Center.

**SO ORDERED AND ADJUDGED** this the 13th day of September, 2017.

                                        s/ *Daniel P. Jordan III*
                                        UNITED STATES DISTRICT JUDGE