UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

MCF AF, LLC AND
MCS CAPITAL, LLC                                                                    PLAINTIFFS

V.                                                      CIVIL ACTION NO. 3:16-CV-722 DPJ-FKB

EDUARDO A. FLECHAS,
FLECHAS & ASSOCIATES, P.A., AND
THE FLECHAS LAW FIRM, PLLC                                              DEFENDANTS


ORDER

This contempt action is before the Court on motion of Eduardo Flechas to modify the

intermittent incarceration order to allow him to participate in a jury trial and attend Easter church

services.  The motion [56] is granted.

The requirement of home confinement is lifted for March 23 through March 30, 2018.

The requirement of incarceration and home confinement is lifted for March 30 through

April 1, 2018.[1]

**SO ORDERED AND ADJUDGED** this the 19th day of March, 2018.

s/ *Daniel P. Jordan III*
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Flechas requested an abbreviated incarceration for the weekend of March 30-April 1, 2018.
The Court finds that would be a hardship on the United States Marshal Service and Madison
County Detention Center and lifts the incarceration requirement for the entire weekend.