IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

MCF AF, LLC AND
MCS CAPITAL, LLC     PLAINTIFFS

VS.     CAUSE NO. 3:16-CV-00722 DPJ-FKB

EDUARDO A. FLECHAS,
FLECHAS & ASSOCIATES, P.A., AND
THE FLECHAS LAW FIRM, PLLC     DEFENDANTS

## NOTICE REGARDING DEFENDANTS' MOTION FOR MODIFICATION OF ORDER FILED MARCH 14, 2018

On March 14, 2018, Defendants requested that the Court modify its Order so that Eduardo Flechas could adequately prepare for a trial, Fee v. Cochran, et in the Circuit Court of Washington County, Mississippi. Defendant requested that the requirement of home confinement be suspended for the period of March 23, 2018 through March 30, 2018. The Court granted this request on March 19, 2018.

Eduardo Flechas has advised that the case has now settled and that trial will not be going forward. Therefore, Eduardo Flechas will adhere to home confinement from 7:00 p.m. until 7:00 a.m. on March 26, 27, 28, 29.

Pursuant to this Honorable Court's Order of March 19, 2018, the requirement of incarceration and home confinement is lifted for March 30 through April 1, 2018 so that Defendant may spend Easter with his family.

                     Respectfully submitted,

                     Eduardo Flechas, Flechas & Associates,
                     P.A., and the Flechas Law Firm, PLLC

                     BY:/s/ James D. Bell
                     JAMES D. BELL

James D. Bell, MSB #02333
BELL & ASSOCIATES, P.A.
318 South State Street
Jackson, Mississippi 39201
Telephone: (601) 981-9221
jbell@judgebell.com


## CERTIFICATE OF SERVICE

I, James D. Bell, do hereby certify that on the below date I served the foregoing instrument to all counsel, via the Court's ECF system.

SO CERTIFIED, this, the 26th day of March, 2018.


/s/ James D. Bell
JAMES D. BELL