UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

MCF AF, LLC AND
MCS CAPITAL, LLC                                                    PLAINTIFFS

V.                                                    CIVIL ACTION NO. 3:16-CV-722-DPJ-FKB

EDUARDO A. FLECHAS, ET AL.                                       DEFENDANTS

ORDER

Defendant Eduardo Flechas seeks an order modifying his contempt obligations so that he

may prepare for and attend depositions in Biloxi, Mississippi, July 22–25, 2018.  The request

[62] is granted.

The Court finds:

-   The requirement of incarceration at the Madison County Detention Center the weekend

    of July 20–22, 2018 is lifted.  Flechas is not required to report that weekend.[1]

-   The requirement of home confinement is suspended for the period of July 22–25, 2018.

    **SO ORDERED AND ADJUDGED** this the 16th day of July, 2018.

                                                    s/ *Daniel P. Jordan III*
                                                    CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Flechas requested to be released at 5:00pm on Saturday, July 21, 2018.  Due to the expense
incurred in processing Flechas into the Madison County Detention Center, the Court finds the
most prudent action is to lift the requirement of incarceration for that weekend.