# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

**MCF AF, LLC AND**
**MCS CAPITAL, LLC**                      **PLAINTIFFS**

**VS.**                      **CAUSE NO. 3:16-CV-722- DPJ-FKB**

**EDUARDO A. FLECHAS,**
**FLECHAS & ASSOCIATES, P.A., AND**
**THE FLECHAS LAW FIRM, PLLC**                      **DEFENDANTS**

___

## DEFENDANTS' RESPONSE IN OPPOSITION TO THE MISSISSIPPI BAR'S MOTION TO BE ADDED AS AN INTERESTED PARTY

**COME NOW** the Defendants, Eduardo Flechas, Flechas & Associates, P.A., and the Flechas Law Firm, PLLC, by and through counsel, and file this their Response in Opposition to the Mississippi Bar's Motion to be Added as an Interested Party, and in support of such response would show unto the Court the following:

1. The present action involves claims or issues pertaining to the enforceability and/or validity of certain contracts entered into between the Plaintiffs and Defendants.

2. The Mississippi Bar seeks to "be added as an interested party" for the purpose of subsequently requesting the disclosure and production of various confidential accountings and other documents produced in this matter and under protective order and/or seal.

3. The Mississippi Bar is not entitled or permitted to intervene or otherwise join in this matter.

4. The Mississippi Bar lacks standing to request any relief in this action.

5. The Defendants incorporate into this response their Memorandum Brief in Support of Response in Opposition to the Mississippi Bar's Motion to be Added as an Interested Party.

WHEREFORE, PREMISES CONSIDERED, the Defendants respectfully request that this Court enter an Order denying the Mississippi Bar's Motion to be Added as an Interested Party. The Defendants further request any other relief which this Court may deem appropriate in conjunction with their response.

Respectfully submitted,

Eduardo Flechas, Flechas & Associates, P.A., and the Flechas Law Firm, PLLC

BY: /s/ Eduardo A. Flechas
Eduardo A. Flechas

Eduardo A. Flechas, MSB #10669
FLECHAS LITIGATION GROUP, PLLC
318 South State Street
Jackson, Mississippi 39201
(601) 981-9221

## CERTIFICATE OF SERVICE

      I, Eduardo A. Flechas, do hereby certify that on the below date I served all counsel with a copy of the foregoing pleading, via the Court's ECF/MEC system.

      SO CERTIFIED, this, the 3rd day of August, 2018.

      /s/ Eduardo A. Flechas
      Eduardo A. Flechas