## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## JACKSON DIVISION

**MCF AF, LLC AND**
**MCS CAPITAL, LLC**                                                                                 **PLAINTIFFS**

**VS.**                                                            **CAUSE NO. 3:16-CV-00722 DPJ-FKB**

**EDUARDO A. FLECHAS,**
**FLECHAS & ASSOCIATES, P.A., AND**
**THE FLECHAS LAW FIRM, PLLC**                                                **DEFENDANTS**

---

### DEFENDANTS' MOTION FOR MODIFICATION OF ORDER

---

**COME NOW** the Defendants, Eduardo Flechas, Flechas & Associates, P.A., and the Flechas Law Firm, PLLC, by and through counsel, and file this their Motion for Modification of Order, and in support of the same would show unto the Court the following:

1. On July 8, 2016, this Court entered an Order (Docket #2) requiring, in part, that the Defendant, Eduardo Flechas, be confined to his home from 7:00 p.m. until 7:00 a.m., seven days a week, during the pendency of the contempt proceedings.

2. The Defendant serves as counsel in the criminal matter styled *State of Mississippi v. Torrence "Little Boosie" Hatch,* Cause No. 17-008438, Docket No. 1700014195. The trial of this matter is scheduled to take place August 27, 2018 through August 28, 2018, in Biloxi, Mississippi.

3. The Defendant's client, Torrence Hatch, is a resident of Atlanta, Georgia. The Defendant is scheduled to meet his client and prepare for trial on August 26, 2018, in Biloxi, Mississippi.

4. So that the Defendant may meet and confer with his client, prepare for and take part

in said trial, and travel as needed, the Defendant requests that home confinement be suspended on August 26, 2018, through August 28, 2018.

WHEREFORE, PREMISES CONSIDERED, the Defendants respectfully request that this Court enter an Order modifying its previous Order (Docket #2), as follows:

    a.    that the requirement of home confinement be suspended for the period of August 26, 2018 through August 28, 2018.

The Defendants request any and all further equitable or general relief for which they may be entitled.

Dated:  August 17, 2018.

    Respectfully submitted,

    Eduardo Flechas, Flechas & Associates, P.A.,
    and the Flechas Law Firm, PLLC


    BY:/s/ Eduardo A. Flechas
        Eduardo A. Flechas

Eduardo A. Flechas, MSB #10669
Flechas Litigation Group, PLLC
318 South State Street
Jackson, Mississippi 39201
Telephone:  (601) 981-9221

**CERTIFICATE OF SERVICE**

      I, Eduardo A. Flechas, do hereby certify that on the below date I served the foregoing instrument to all counsel of record, via the Court's ECF system.

      SO CERTIFIED, this, the 17th day of August, 2018.

      /s/ Eduardo A. Flechas
      Eduardo A. Flechas