# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

**MCF AF, LLC AND**
**MCS CAPITAL, LLC**                                                        **PLAINTIFFS**

**VS.**                                                        **CAUSE NO. 3:16-CV-00722 DPJ-FKB**

**EDUARDO A. FLECHAS,**
**FLECHAS & ASSOCIATES, P.A., AND**
**THE FLECHAS LAW FIRM, PLLC**                          **DEFENDANTS**

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW, James D. Bell and the law firm of Bell & Associates, P.A., attorneys of record for Eduardo A. Flechas, Flechas & Associates, P.A. and The Flechas Law Firm, and files this their *Motion to Withdraw*, requesting authority from the Court to withdraw as counsel, and in support thereof would show unto the Court the following:

1. Bell & Associates, P.A., for good cause, requests permission to withdraw as counsel for Eduardo A. Flechas, Flechas & Associates, P.A. and The Flechas Law Firm.

2. Mr. Flechas is an attorney and has filed several pleadings in this matter.

3. Mr. Flechas is fully capable of representing himself, Flechas & Associates, P.A. and the Flechas Law Firm.

4. Granting this request should not cause delay or disadvantage any party.

WHEREFORE, PREMISES CONSIDERED, James D. Bell and the law firm of Bell & Associates, P.A., counsel of record for Eduardo A. Flechas, Flechas & Associates, P.A.

and The Flechas Law Firm, respectfully requests the authority to withdraw as counsel and be relieved of any further duty or responsibility in this matter.

Respectfully submitted,

BY: /s/ James D. Bell
      JAMES D. BELL

James D. Bell, MSB #02333
BELL & ASSOCIATES, P.A.
318 South State Street
Jackson, Mississippi 39201
Telephone: (601) 981-9221
jbell@judgebell.com

## **CERTIFICATE OF SERVICE**

I, James D. Bell, do hereby certify that on the below date I served the foregoing instrument to all counsel, via the Court's ECF system.

SO CERTIFIED, this, the 23rd day of August, 2018.

/s/ James D. Bell
JAMES D. BELL