**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

**MCF AF, LLC AND
MCS CAPITAL, LLC**                                                      **PLAINTIFFS**

**VS.**                                              **CAUSE NO. 3:16-CV-00722 DPJ-FKB**

**FLECHAS & ASSOCIATES, P.A., AND
THE FLECHAS LAW FIRM, PLLC**                                   **DEFENDANTS**

_____

**ORDER**
_____

      **CAME ON** to be heard the Defendants' Motion for Modification of Order (Document # 68), and the Court having heard and considered said motion, finds it is well taken and should be granted. The Court further finds and orders as follows:

      1.      On July 8, 2016, this Court entered an Order (Document # 2) requiring, in part, that the Defendant, Eduardo Flechas, be confined to his home from 7:00 p.m. until 7:00 a.m., seven days a week, during the pendency of the contempt proceedings.

      2.      So that the Defendant may prepare for and take part as counsel in a certain criminal trial or proceeding, scheduled for August 27, 2018 through August 28, 2018, in Biloxi, Mississippi, home confinement shall be suspended on August 26, 2018, through August 28, 2018.

      SO ORDERED AND ADJUDGED, this, the 24th day of August, 2018.

                               *s/ Daniel P. Jordan III*_____
                               UNITED STATES DISTRICT COURT JUDGE