# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

MCF AF, LLC AND
MCS CAPITAL, LLC                                                                PLAINTIFFS

VS.                                                            CAUSE NO. 3:16-CV-00722 DPJ-FKB

EDUARDO FLECHAS,
FLECHAS & ASSOCIATES, P.A., AND
THE FLECHAS LAW FIRM, PLLC                                                     DEFENDANTS

## ORDER

This contempt action is before the Court on motion of Defendant Eduardo Flechas to modify [82] the Court's imposition of intermittent incarceration and home confinement. The motion is granted in part and denied in part, as set forth herein.

So that the Defendant may prepare for and take part as counsel in depositions, scheduled for October 25, 2018, in Biloxi, Mississippi, and depositions scheduled to be conducted in Raleigh, North Carolina, on October 29, 2018, and November 9, 2018, home confinement shall be suspended for the following periods: 1) October 24, 2018, through October 25, 2018; 2) October 29, 2018; and 3) November 8, 2018, through November 9, 2018.

Further, Madison County Detention Center confinement shall be suspended for the following periods: 1) October 26, 2018, at 5:00 p.m. until October 28, 2018, at 5:00 p.m., and 2) November 9, 2018, at 5:00 p.m. until November 11, 2018, at 5:00 p.m.[1]

Because the suspension of incarceration for the weekends of October 26-28, 2018, and November 9-11, 2018, combined with the previous suspension of the weekend of September 28-

---

[1] Due to the cost associated with processing Flechas into the Madison County Detention Center, service of partial weekends (one night as opposed to two) is not available.

30, 2018, results in a significant reduction of Flechas's obligation, Flechas is instructed to submit to the Court proposed alternate dates to report within 5 days of this Order.

Flechas should provide a copy of this Order to the Madison County Detention Center and the United States Marshal Service.

**SO ORDERED AND ADJUDGED** this the 25th day of October, 2018.

s/ *Daniel P. Jordan III*
CHIEF UNITED STATES DISTRICT JUDGE