IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**MCF AF, LLC AND**
**MCS CAPITAL, LLC**                                               **PLAINTIFFS**

**VS.**                                              **CAUSE NO. 3:16-CV-00722 DPJ-FKB**

**EDUARDO A. FLECHAS,**
**FLECHAS & ASSOCIATES, P.A., AND**
**THE FLECHAS LAW FIRM, PLLC**                                    **DEFENDANTS**

### ORDER

**CAME ON** to be heard the Defendants' Motion for Modification of Order (Document #93), and the Court having heard and considered said motion, finds it is not well taken and hereby DENIES the same.

**SO ORDERED AND ADJUDGED** this the 1st day of February, 2019.

s/ *Daniel P. Jordan III*
CHIEF UNITED STATES DISTRICT JUDGE