**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

**MCF AF, LLC AND**
**MCS CAPITAL, LLC** **PLAINTIFFS**

**VS.** **CAUSE NO. 3:16-CV-00722 DPJ-FKB**

**FLECHAS & ASSOCIATES, P.A., AND**
**THE FLECHAS LAW FIRM, PLLC** **DEFENDANTS**

---

**ORDER**

---

**CAME ON** to be heard the Defendants' Motion for Modification of Order (Document # 95), and the Court having heard and considered said motion, finds it is well taken and should be granted. The Court further finds and orders as follows:

1. On July 8, 2016, this Court entered an Order (Document # 2) requiring, in part, that the Defendant, Eduardo Flechas, be confined to his home from 7:00 p.m. until 7:00 a.m., seven days a week, and that he be confined to the Madison County Detention Center on alternating weekends, from Friday at 5:00 p.m. until Sunday at 5:00 p.m., during the pendency of the contempt proceedings. Pursuant to this Court's Order, the Defendant is scheduled to report to the Madison County Detention Center on March 1, 2019, at 5:00 p.m.

*2.* The Defendant serves as counsel in the matter styled *LM Insurance Corp. v. Lacey Huddleston, et al.*, in the United States District Court for the Southern District of Mississippi, Cause No. 3:17-CV-735. A pre-trial/settlement conference is scheduled in the aforementioned action on March 1, 2019, beginning at 3:00 p.m. It is likely that such conference will continue until or through 5:00 p.m. on said date.

3. So that the Defendant may attend and participate in the subject pre-trial/ settlement conference, said Defendant shall be permitted to report to the Madison

County Detention Center at 7:00 p.m., on March 1, 2019.

SO ORDERED AND ADJUDGED, this, the 1 day of March 2019.

s/ Daniel P. Jordan III

CHIEF UNITED STATES DISTRICT JUDGE